# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ABRAHAM DE JESUS ORTIZ-MORAN**                             **PLAINTIFF**

v.                     Case No. 4:17-cv-00545 KGB-JTK

**TURN KEY HEALTH,** *et al.*                                                **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on August 28, 2017. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel for defendants Turn Key Health, J. Pratt, Mitchell, and Cooper, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 19th day of October, 2017.

                                                   **AT THE DIRECTION OF THE COURT**
                                                   **JAMES W. McCORMACK, CLERK**

                                                   BY: /s/ Tracy M. Washington
                                                      Courtroom Deputy to United States
                                                      District Judge Kristine G. Baker