IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ABRHAM DE JESUS ORTIZ-MORAN                                              PLAINTIFF

v.                             NO. 4:17CV0545 JLH-JTK

TURN KEY HEALTH, *et al*.                                              DEFENDANTS

## ORDER

The Court has reviewed the proposed findings and recommendation submitted by United States Magistrate Judge Jerome T. Kearney on September 18, 2017. No objections have been filed. The proposed findings and recommendation are therefore adopted as the findings and disposition of the Court. Document #7. The claims of the plaintiff against the Pulaski County Sheriff's Department are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 19th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE