IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ABRAHAM DE JESUS ORTIZ-MORAN                                    PLAINTIFF

v.                          CASE NO. 4:17-cv-00545-KGB-JTK

TURN KEY HEALTH, J. PRATT,
MITCHELL, NURSE, COOPER, DOCTOR                                 DEFENDANTS

**STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Comes Separate Defendants, Turn Key Health, J. Pratt, Mitchell, Cooper, by and through their attorneys, Mitchell, Williams, Selig, Gates & Woodyard, PLLC, and in support of their Motion for Summary Judgment, state:

1. As noted in his Complaint, Plaintiff was first examined upon intake into PCDC on May 25, 2017. Doc. No. 1 at ¶ 10. *See also* Exhibit A at 1.

2. During that examination, Plaintiff was identified to have herpes valacyclorvir, and had been receiving treatment. Exhibit A at 3-4.

3. Plaintiff also reported "he is getting rash on genitals from medication", and was indeed noted by the nurse to have a rash around his genital area. Exhibit A at 4-5.

4. The nurse confirmed that PCDC had received Plaintiff's medications from his prior correctional facility. Exhibit A at 9.

5. The Medication Administration Record confirms that Plaintiff was given the Valacyclovir medication (which treats herpes) that he arrived with at PCDC from May 26, 2017 until June 9, 2017. Exhibit B at 1-4.

6. On June 13, 2017, Plaintiff was seen by nurse Shamika Humphrey for the complaint that "herpes Virus is unrelieved by current medication, has gotten worse, requesting change in medication". Exhibit A at 30.

7. Nurse Humphrey reported a plan to notify the provider. *Id.* Over the next two months, Plaintiff was seen in the PDCD medical department for several issues, but never complained of any issue with herpes, and never reported or was found to have any signs of a herpes outbreak. *See generally* Exhibit A at 31-46.

8. On August 17, 2017, Plaintiff was seen by Nurse Steven Cook for a subject complaint of "I have herpes", and was found to have raised bumps to penis and mid-chest area. Exhibit A at 47.

9. Nurse Cook scheduled Plaintiff to be seen by the provider the next day, August 18, 2017. *Id.*

10. Plaintiff was seen by the provider, APRN Karen Chase, on August 18, 2017. Exhibit A at 49.

11. APRN Chase noted that Plaintiff was complaining of genital herpes and was "usually on chronic suppressive therapy." *Id.*

12. APRN Chase ordered Plaintiff to be treated with a new medication, acyclovir 400 milligrams, twice per day. Exhibit a at 53-54.

13. According to the medication administration records, Plaintiff began receiving the acyclovir on the afternoon of August 20, 2017, and continued to receive it through October of 2017. Exhibit B.

14. On September 29, 2017, Plaintiff was seen by nurse Kim Harrison for treatment of a rash on chest. Exhibit A at 56.

15. Nurse Harrison ordered hydrocortisone cream. Exhibit A at 57.

16. The medication records indicate that was given to Plaintiff for his use. Exhibit B at 13.

17. On September 29, 2017, Plaintiff requested treatment and complained that he acyclovir was not giving him relief. Exhibit A at 60.

18. He was seen by nurse Kim Harrison, who spoke to the provider and received an order to increase the acyclovir dose by 200 milligrams for five days. *Id.*

19. That medication was given as ordered. Exhibit B at 13.

20. On October 10, 2017, Plaintiff was seen by Nurse Kendra Roberts for a complaint of rash on penis with discharge. Exhibit A at 62.

21. Nurse Roberts obtained an order for nystatin cream and difilucan to treat the condition. Exhibit A at 62.

22. The medical administration record indicates that those medications were administer on October 17 and 18, respectively. Exhibit B at 16.[1]

23. On November 22, 2017, Plaintiff was seen by Dr. Lubna Maruf, for continued problems with his herpes rash. Exhibit A at 69.

24. Dr. Maruf indicated that she examined Plaintiff, explained the importance of keeping his private parts clean and dry, and ordered Lamisil cream for additional treatment of his condition. Exhibit A at 73-74.

25. Plaintiff did not complain of any issues with herpes for the remainder of 2017. *See generally Exhibit A*.

---

[1] Diflucan is identified as Fluconazole on the medication administration record.

26. Notably, on December 13, 2017, Plaintiff was seen by nurse Kim Harrison, and it was noted that he was still receiving the acyclovir, and terbinafine cream for rash on private area, but Plaintiff was making no complaint of an issue with his herpes. Exhibit A at 76.

27. The patient history form for Plaintiff at PDCD confirms that he continued to receive medication for his herpes through April of 2018. *See generally* Exhibit C.

> Respectfully submitted,
>
> **MITCHELL, WILLIAMS, SELIG,**
> **GATES & WOODYARD, P.L.L.C.**
> 425 West Capitol Avenue, Suite 1800
> Little Rock, AR 72201
> Phone: 501-688-8800
> Fax: 501-688-8807
> bjackson@mwlaw.com
>
> By: /s/ Benjamin D. Jackson
> Benjamin D. Jackson (Ark. Bar No. 2006204)

## CERTIFICATE OF SERVICE

I, Benjamin D. Jackson, hereby certify that on this 18th day of May, 2018, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

I, Benjamin D. Jackson, hereby certify that on this 18th day of May, 2018, I have mailed the document by United States Postal Service to the following non CM/ECF participant:

**Abraham DeJesus Ortiz Moran**
**3201 W. Roosevelt Rd.**
**Little Rock, AR 72204**

> /s/ Benjamin D. Jackson